**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CRANE ENTERPRISES, LLC,<br><br>Debtor-Appellee. | Civil Case# 25-cv-09795 (DC) (RT)<br>Civil Case#25-cv-09809 (DC) (RT)<br><br>SDNY Bankruptcy Chapter 11<br>Case No. 25-10405 (DSJ) |

**PLEASE TAKE NOTICE** that Appellants MICHAEL E. CRANE and DANIEL M. CRANE (collectively herein "Appellants") by their undersigned counsel herein, hereby appeal to the United States Court of Appeals for the Second Circuit, from each and every part of the Opinion & Order of the United States District Court of the Southern District of New York Cote, USDJ), dated and entered May 18, 2026 as U.S. District Court CM/ECF Doc. No. 20 in the dockets of both Case No. 25-cv-9795 and Case No. 25-cv-09809, which order denied and dismissed in their entirety both of the appeals that had been previously consolidated for briefing and decision. A true and correct copy of the May 18, 2026 Opinion and Order appealed from is annexed hereto as Exhibit A.

Dated: Great Neck, New York
June 1, 2026

Respectfully Submitted By:

**MCSHAPIRO LAW GROUP PC**

By: ______________________
Mitchell C. Shapiro, Esq. (MS-9019)
Three Grace Avenue, Suite 100
Great Neck, New York 11021
Tel: (917) 446-3628
Email: MCS@MCShapiroLaw.com
*Attorneys for Appellants*

**To: All Counsel of Record via Mail (with copy by CM/ECF)**

***Affirmation of Service***

STATE OF NEW YORK )
: ss.:
COUNTY OF NASSAU )

MITCHELL C. SHAPIRO, an attorney at law duly licensed to practice law in the courts of the State of New York, affirms the truth of the following under penalties of perjury:

I am not a party to this action and am over the age of 18 years old. On June 1, 2026, I caused to be served one (1) true copy of the within NOTICE OF APPEAL with Opinion and Order attached by:

[ X ] depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State,

[ ] via NEXT DAY COURIER

[ ] via EMAIL

addressed to each of the following persons at the last known address set forth after each name:

Eric Jay Snyder, Esq.
Wilk Auslander LLP
825 Eighth Avenue, Suite 2900
New York, New York 10019
Tel: 212-981-2328
Email: esnyder@wilkauslander.com
*Special Counsel for Debtor-Appellant*
*Crane Enterprises, LLC*

Brett S. Silverman, Esq.
Concierge Law
4 Terry Terrace, 2nd Floor
Livingston, New Jersey 07039A
Tel: 646-281-6008
Email:Brett@getconciergelaw.com
*Attorneys for Debtor-Appellant*
*Crane Enterprises, LLC*

Dated: June 1, 2026

Mitchell C. Shapiro, Esq.

CLOSED,APPEAL,ECF,LEAD,RELATED

# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:25−cv−09795−DLC

In Re: Crane Enterprises LLC
Assigned to: Judge Denise L. Cote
Related Cases: 1:25−cv−06793−DLC
1:26−cv−03960−DLC
Case in other court: USBC−SDNY, 25−B−10405 (DSJ)
Cause: 28:0158 Notice of Appeal re Bankruptcy Matter (BA

Date Filed: 11/25/2025
Date Terminated: 05/18/2026
Jury Demand: None
Nature of Suit: 422 Bankruptcy Appeal (801)
Jurisdiction: Federal Question

**In Re**

**Crane Enterprises LLC**

**Debtor**

**Crane Enterprises LLC**

**Appellant**

**Michael E. Crane**

represented by **Mitchell Craig Shapiro**
MCShapiro Law Group PC
Three Grace Avenue
Suite 100
Great Neck, NY 11021
917−446−3628
Fax: 646−304−7555
Email: mcs@mcshapirolaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Appellant**

**Daniel M. Crane**

represented by **Mitchell Craig Shapiro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Appellee**

**Crane Enterprises LLC**

represented by **Brett Silverman**
Silveman Law PLLC
4 Terry Terrace
Livingston, NJ 07039
646−281−6008
Email: brett@getconciergelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/25/2025 | 1 | NOTICE OF APPEAL FROM THE BANKRUPTCY COURT TO THE S.D.N.Y. from the Order of Judge David S. Jones dated October 29, 2025. Bankruptcy Court Case Numbers: 25−B−10405 (DSJ). Certified copies of file received.Document filed by Michael E. Crane, Daniel M. Crane. (Attachments: # 1 Exhibit A − Bankruptcy Order, # 2 Exhibit B − Bankruptcy Order, # 3 Exhibit C − Bankruptcy Transcript).(bkar) (Entered: 11/25/2025) |
| 11/25/2025 | 2 | CIVIL COVER SHEET filed..(bkar) (Entered: 11/25/2025) |

| | | |
|---|---|---|
| 11/25/2025 | | BANKRUPTCY APPEAL CASE REFERRED BY ATTORNEY to Judge Denise L. Cote as possibly related to 25−cv−6793. (bkar) (Entered: 11/25/2025) |
| 11/25/2025 | | Case Designated ECF. (bkar) (Entered: 11/25/2025) |
| 11/25/2025 | 3 | STATEMENT OF RELATEDNESS re: that this action be filed as related to 25−cv−6793. Document filed by Daniel M. Crane, Michael E. Crane..(bkar) (Entered: 11/25/2025) |
| 12/01/2025 | | CASE ACCEPTED AS RELATED. Create association to 1:25−cv−06793−DLC. Notice of Assignment to follow. (tro) (Entered: 12/01/2025) |
| 12/01/2025 | | NOTICE OF CASE REASSIGNMENT to Judge Denise L. Cote. Judge Unassigned is no longer assigned to the case..(tro) (Entered: 12/01/2025) |
| 12/01/2025 | | Magistrate Judge Robyn F. Tarnofsky is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018−06/AO−3.pdf. (tro) (Entered: 12/01/2025) |
| 12/01/2025 | 4 | ORDER: The above case has been assigned to me for all purposes. Accordingly, it is hereby ORDERED that the appellant shall file its brief within two weeks after the docketing of notice that the record has been transmitted or is available electronically. Any opposition is due 21 days thereafter. Any reply brief is due 14 days after the filing of the opposition. IT IS FURTHER ORDERED that at the time any papers are filed, the filing party shall supply two courtesy copies by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York. (Signed by Judge Denise L. Cote on 12/1/2025) (tg) (Entered: 12/02/2025) |
| 12/02/2025 | 5 | DESIGNATION OF BANKRUPTCY RECORD ON APPEAL re: 1 Bankruptcy Appeal,. Document filed by Appellants Daniel M. Crane, Michael E. Crane..(bkar) (Entered: 12/02/2025) |
| 12/03/2025 | 6 | ORDER: It is hereby ORDERED that the motion to consolidate is granted in part. The two appeals docketed on November 25, 2025, 25cv9795 and 25cv9809, shall be consolidated. On December 2, the appellants filed, in both appeals, a designation of the bankruptcy record on appeal. The appellee may file a counter−designation of additional items no later than December 16, 2025 pursuant to Federal Rule of Bankruptcy Procedure 8009(a) (2) (A). A briefing schedule will issue in the consolidated appeal after the docketing of notice that the record has been transmitted or is available electronically. IT IS FURTHER ORDERED that the earlier−filed appeal, 25cv6793, shall not be consolidated and its briefing schedule, as set forth in an Order of November 25, 2025, shall remain unchanged. (Signed by Judge Denise L. Cote on 12/3/2025) Filed In Associated Cases: 1:25−cv−09795−DLC, 1:25−cv−09809−DLC (vfr) (Entered: 12/03/2025) |
| 12/19/2025 | 7 | ORDER: Accordingly, it is hereby ORDERED that the bankruptcy clerk shall prepare the record based on appellant's designation and file a notice on the docket when the record of appeal is complete and available electronically. IT IS FURTHER ORDERED that the appellants shall file their brief within two weeks after the docketing of notice that the record has been transmitted or is available electronically. Any opposition is due 21 days thereafter. Any reply brief is due 14 days after the filing of the opposition. IT IS FURTHER ORDERED that at the time any papers are filed, the filing party shall supply two courtesy copies by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York. (Signed by Judge Denise L. Cote on 12/19/2025) Filed In Associated Cases: 1:25−cv−09795−DLC, 1:25−cv−09809−DLC (tg) (Entered: 12/22/2025) |
| 01/27/2026 | 8 | NOTICE OF RECORD OF APPEAL AVAILABILITY (COMPLETION). Re: 1 Bankruptcy Appeal,. All Documents from the United States Bankruptcy Court − Southern District of New York have been filed with the U.S.D.C. S.D.N.Y. Record of Appeal is Complete and Available Electronically. Appellant Brief due by 2/26/2026. (Attachments: # 1 Exhibit Additional Documents).(bkar) (Entered: 01/27/2026) |
| 01/27/2026 | 9 | ORDER: Accordingly, it is hereby ORDERED that appellants shall file their brief by February 10, 2026. The appellee's brief is due March 3, 2026. Any reply is due March |

| | | |
|---|---|---|
| | | 17, 2026. IT IS FURTHER ORDERED that at the time any papers are filed, the filing party shall supply two courtesy copies by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York. ( Appellant Brief due by 2/10/2026., Appellant Reply Brief due by 3/17/2026., Appellee Brief due by 3/3/2026.) (Signed by Judge Denise L. Cote on 1/27/2026) Filed In Associated Cases: 1:25−cv−09795−DLC, 1:25−cv−09809−DLC (vfr) (Entered: 01/27/2026) |
| 02/05/2026 | 10 | LETTER MOTION for Extension of Time to File *Appellants' Brief, currently due Tuesday, February 10, 2026* addressed to Judge Denise L. Cote from Mitchell Craig Shapiro dated February 5, 2026. Document filed by Daniel M. Crane, Michael E. Crane.Filed In Associated Cases: 1:25−cv−09795−DLC, 1:25−cv−09809−DLC.(Shapiro, Mitchell) (Entered: 02/05/2026) |
| 02/06/2026 | 11 | ORDER granting 10 Letter Motion for Extension of Time to File. Accordingly, it is hereby ORDERED that appellants shall file their brief by February 17, 2026. The appellee's brief is due March 10, 2026. Any reply is due March 24, 2026. IT IS FURTHER ORDERED that at the time any papers are filed, the filing party shall supply two courtesy copies by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York. (Signed by Judge Denise L. Cote on 2/5/2026) (vfr) (Entered: 02/06/2026) |
| 02/06/2026 | | Set/Reset Deadlines: Appellant Brief due by 2/17/2026. Appellant Reply Brief due by 3/24/2026. Appellee Brief due by 3/10/2026. (vfr) (Entered: 02/06/2026) |
| 02/17/2026 | 12 | Appellant's BRIEF. Document filed by Daniel M. Crane, Michael E. Crane. Appellee Brief due by 3/10/2026. Filed In Associated Cases: 1:25−cv−09795−DLC, 1:25−cv−09809−DLC.(Shapiro, Mitchell) Modified on 3/5/2026 (db). As per ECF−ERROR Email Correspondence Received from The Honorable Denise L. Cote's Chambers on 3/5/2026 @ 12:37pm. (Entered: 02/17/2026) |
| 03/09/2026 | 13 | LETTER MOTION for Extension of Time *to File Appellee's Brief* addressed to Judge Denise L. Cote from Brett S. Silverman dated March 9, 2026. Document filed by Crane Enterprises LLC..(Silverman, Brett) (Entered: 03/09/2026) |
| 03/09/2026 | 14 | LETTER RESPONSE in Opposition to Motion addressed to Judge Denise L. Cote from Mitchell Craig Shapiro dated March 9, 2026 re: (13 in 1:25−cv−09809−DLC) LETTER MOTION for Extension of Time *to File Appellee's Brief* addressed to Judge Denise L. Cote from Brett S. Silverman dated March 9, 2026., (13 in 1:25−cv−09795−DLC) LETTER MOTION for Extension of Time *to File Appellee's Brief* addressed to Judge Denise L. Cote from Brett S. Silverman dated March 9, 2026. . Document filed by Daniel M. Crane, Michael E. Crane. Filed In Associated Cases: 1:25−cv−09795−DLC, 1:25−cv−09809−DLC.(Shapiro, Mitchell) (Entered: 03/09/2026) |
| 03/09/2026 | 15 | LETTER addressed to Judge Denise L. Cote from Brett S. Silverman dated March 9, 2026 re: Letter in Support of Letter Motion Seeking Extension of Time to File Brief. Document filed by Crane Enterprises LLC..(Silverman, Brett) (Entered: 03/09/2026) |
| 03/10/2026 | 16 | MEMO ENDORSEMENT on re: (15 in 1:25−cv−09809−DLC) Letter filed by Crane Enterprises LLC. ENDORSEMENT: Opposition is due March 16. Reply is due March 30. There will be no further extension of either date. (Signed by Judge Denise L. Cote on 3/10/2026) (Replies due by 3/30/2026. Responses due by 3/16/2026.) Filed In Associated Cases: 1:25−cv−09795−DLC, 1:25−cv−09809−DLC (ar) (Entered: 03/10/2026) |
| 03/16/2026 | 17 | Appellee's BRIEF. Document filed by Crane Enterprises LLC. Appellant Reply Brief due by 3/30/2026. Filed In Associated Cases: 1:25−cv−09795−DLC, 1:25−cv−09809−DLC.(Silverman, Brett) (Entered: 03/16/2026) |
| 03/23/2026 | 18 | Appellant's REPLY BRIEF. Document filed by Daniel M. Crane, Michael E. Crane. Filed In Associated Cases: 1:25−cv−09795−DLC, 1:25−cv−09809−DLC.(Shapiro, Mitchell) (Entered: 03/23/2026) |
| 05/13/2026 | 19 | LETTER addressed to Judge Denise L. Cote from Mitchell C. Shapiro, Esq. dated May 13, 2026 re: availability for oral argument and request for expedited ruling on appeal from bankruptcy court orders. Document filed by Daniel M. Crane, Michael E. Crane.Filed In Associated Cases: 1:25−cv−09795−DLC, |

| | | |
|---|---|---|
| | | 1:25−cv−09809−DLC.(Shapiro, Mitchell) (Entered: 05/13/2026) |
| 05/18/2026 | 20 | OPINION AND ORDER: The Cranes' November 6 and 17, 2025 appeals are denied. The Bankruptcy Court's Orders of October 29, 2025 are affirmed. The appeal from the Bankruptcy Court's November 17, 2025 Order is dismissed for lack of jurisdiction. (Signed by Judge Denise L. Cote on 5/18/2026) (ar) (Entered: 05/18/2026) |
| 06/02/2026 | 21 | **FILING ERROR − NO ORDER SELECTED FOR APPEAL −** NOTICE OF APPEAL. Document filed by Daniel M. Crane, Michael E. Crane. Filing fee $ 605.00, receipt number NYSDC−32937885. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. Filed In Associated Cases: 1:25−cv−09795−DLC, 1:25−cv−09809−DLC.(Shapiro, Mitchell) Modified on 6/3/2026 (tp). (Entered: 06/02/2026) |
| 06/03/2026 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Mitchell Craig Shapiro to RE−FILE Document No. (21 in 1:25−cv−09795−DLC, 21 in 1:25−cv−09809−DLC) Notice of Appeal. The filing is deficient for the following reason(s): the order/judgment being appealed was not selected. Re−file the appeal using the event type Notice of Appeal found under the event list Appeal Documents − attach the correct signed PDF − select the correct named filer/filers − select the correct order/judgment being appealed − Do Not Pay the Appeal Fee Again. Filed In Associated Cases: 1:25−cv−09795−DLC, 1:25−cv−09809−DLC(tp)** (Entered: 06/03/2026) |
| 06/15/2026 | 22 | **FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU −** SUPPLEMENTAL NOTICE OF APPEAL from (20 in 1:25−cv−09795−DLC, 20 in 1:25−cv−09809−DLC) Memorandum & Opinion,. Document filed by Daniel M. Crane, Michael E. Crane. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. Filed In Associated Cases: 1:25−cv−09795−DLC, 1:25−cv−09809−DLC.(Shapiro, Mitchell) Modified on 6/15/2026 (km). (Entered: 06/15/2026) |
| 06/15/2026 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Mitchell Shapiro to RE−FILE Document No. (22 in 1:25−cv−09809−DLC) Notice of Appeal.. The filing is deficient for the following reason(s): the wrong event type was used to file the appeal. Re−file the appeal using the event type Notice of Appeal found under the event list Appeal Documents − attach the correct signed PDF − select the correct named filer/filers − select the correct order/judgment being appealed. Filed In Associated Cases: 1:25−cv−09795−DLC, 1:25−cv−09809−DLC(km)** (Entered: 06/15/2026) |
| 06/15/2026 | 23 | NOTICE OF APPEAL from (20 in 1:25−cv−09795−DLC, 20 in 1:25−cv−09809−DLC) Memorandum & Opinion,. Document filed by Daniel M. Crane, Michael E. Crane. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. Filed In Associated Cases: 1:25−cv−09795−DLC, 1:25−cv−09809−DLC.(Shapiro, Mitchell) (Entered: 06/15/2026) |
| 06/15/2026 | | USCA Appeal Fees received $605.00 receipt number NYSDC−32937885 on 6/2/2026 re: (23 in 1:25−cv−09809−DLC, 23 in 1:25−cv−09795−DLC) Notice of Appeal filed by Michael E. Crane, Daniel M. Crane. Filed In Associated Cases: 1:25−cv−09795−DLC, 1:25−cv−09809−DLC.(km) (Entered: 06/15/2026) |
| 06/15/2026 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (23 in 1:25−cv−09809−DLC, 23 in 1:25−cv−09795−DLC) Notice of Appeal. Filed In Associated Cases: 1:25−cv−09795−DLC, 1:25−cv−09809−DLC.(km) (Entered: 06/15/2026) |
| 06/15/2026 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for (23 in 1:25−cv−09809−DLC, 23 in 1:25−cv−09795−DLC) Notice of Appeal, filed by Michael E. Crane, Daniel M. Crane were transmitted to the U.S. Court of Appeals. Filed In Associated Cases: 1:25−cv−09795−DLC, 1:25−cv−09809−DLC.(km) (Entered: 06/15/2026) |

**RELATED, PENAP, MDisCs**

**U.S. Bankruptcy Court**
**Southern District of New York (Manhattan)**
**Bankruptcy Petition #: 25-10405-dsj**

*Date filed:* 03/04/2025
*341 meeting:* 04/02/2025
*Deadline for filing claims:* 08/31/2025

*Assigned to:* Judge David S Jones
Chapter 11
Voluntary
Asset

***Debtor***
**Crane Enterprises LLC**
C/O Harwood Lloyd
130 Main Street
Hackensack, NJ 07601
BERGEN-NJ
Tax ID / EIN: 13-4102310

represented by **Brett Silverman**
Silveman Law PLLC
4 Terry Terrace
Livingston, NJ 07039
646-281-6008
Email: brett@getconciergelaw.com

**Eric J. Snyder**
Wilk Auslander LLP
825 8th Avenue
Suite 2900
New York, NY 10019
212-981-2328
Email: esnyder@wilkauslander.com

***U.S. Trustee***
**United States Trustee**
Office of the United States Trustee - NY
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1408
(212) 510-0500

represented by **Andrea Beth Schwartz**
DOJ-Ust
Alexander Hamilton U.S. Custom House
One Bowling Green
., Room 534
New York, NY 10004
212-510-0500
Email: andrea.b.schwartz@usdoj.gov

| Filing Date | # | Docket Text |
|---|---|---|
| 03/04/2025 | 1<br>(40 pgs) | Chapter 11 Voluntary Petition for Non-Individual. Order for Relief Entered. Chapter 11 Plan due by 7/2/2025, Disclosure Statement due by 7/2/2025, Initial Case Conference due by 4/3/2025, Filed by Brett Silverman of Concierge Law on behalf of Crane Enterprises LLC. (Silverman, Brett) (Entered: 03/04/2025) |
| 03/04/2025 | | Judge David S Jones added to the case. (Porter, Minnie). (Entered: 03/04/2025) |
| 03/04/2025 | | Case Related to: ***Case Number: 24-10570, Treasures and Gems, Ltd.*** (Porter, Minnie). (Entered: 03/04/2025) |

| | | |
|---|---|---|
| 03/04/2025 | | Deficiencies Set: Resolution or Other Statement Authorizing Filing Pursuant to LR 1074-1 **DUE at Time of Filing.** Local Rule 1007-2 Affidavit **DUE at Time Filing.** Corporate Ownership Statement **DUE at Time Filing.** Incomplete Filings due by 3/18/2025, (Porter, Minnie). (Entered: 03/04/2025) |
| 03/04/2025 | 2<br>(3 pgs; 2 docs) | Notice of 341(a) Meeting of Creditors 341(a) meeting to be held on 4/2/2025 at 01:30 PM at Office of UST (TELECONFERENCE ONLY) - CHAPTER 11s. (Lopez, Mary). (Entered: 03/04/2025) |
| 03/05/2025 | 3<br>(6 pgs) | Adversary case 25-01040. Complaint against Michael E. Crane, Daniel M. Crane *and John Doe and Jane Doe (Fictitious Persons)* (Fee Amount $ 350.). Nature(s) of Suit: (11 (Recovery of money/property - 542 turnover of property)) Filed by Eric J. Snyder on behalf of Crane Enterprises, LLC, Michael E. Crane. (Snyder, Eric) (Entered: 03/05/2025) |
| 03/05/2025 | | Receipt of Voluntary Petition (Chapter 11)( 25-10405) [misc,824] (1738.00) Filing Fee. Receipt number A16989179. Fee amount 1738.00. (Re: Doc # 1) (U.S. Treasury) (Entered: 03/05/2025) |
| 03/06/2025 | 4<br>(2 pgs) | Order Signed on 3/6/2025 Scheduling Initial Case Conference for 4/10/2025 at 10:00 a.m. via Videoconference (ZoomGov). (Calderon, Lynda) (Entered: 03/06/2025) |
| 03/06/2025 | 5<br>(4 pgs) | Certificate of Mailing Re: Notice of 341(a) Meeting of Creditors (related document(s) (Related Doc # 2)) . Notice Date 03/06/2025. (Admin.) (Entered: 03/07/2025) |
| 03/08/2025 | 6<br>(2 pgs) | Resolution or Other Statement Authorizing Filing Pursuant to LR 1074-1 Filed by Brett Silverman on behalf of Crane Enterprises LLC. (Silverman, Brett) (Entered: 03/08/2025) |
| 03/08/2025 | 7<br>(5 pgs) | Affidavit Pursuant to LR 1007-2 *of David Repetto* Filed by Brett Silverman on behalf of Crane Enterprises LLC. (Silverman, Brett) (Entered: 03/08/2025) |
| 03/08/2025 | 8<br>(1 pg) | Corporate Ownership Statement *(Rule 7007.1)*. Filed by Brett Silverman on behalf of Crane Enterprises LLC. (Silverman, Brett) (Entered: 03/08/2025) |
| 03/11/2025 | 9<br>(1 pg) | Notice of Appearance filed by George J. Mullane III on behalf of Xander Corp. d/b/a Sea Pointe Towers. (Mullane, George) (Entered: 03/11/2025) |
| 03/17/2025 | 10<br>(2 pgs) | Notice of Meeting of Creditors *Instructions for Participation at Telephonic Section 341(a) Meeting of Creditors* (related document(s)2) filed by Andrea Beth Schwartz on behalf of United States Trustee. (Schwartz, Andrea) (Entered: 03/17/2025) |
| 03/27/2025 | 11<br>(3 pgs) | Letter *Adjourning 341 Meeting of Creditors from April 2 to April 9, 2025 at 2:30 pm EST* (related document(s)2) Filed by Brett Silverman on behalf of Crane Enterprises LLC. (Silverman, Brett) (Entered: 03/27/2025) |

| | | |
|---|---|---|
| 03/28/2025 | 12<br>(2 pgs) | Certificate of Service *of Adjournment of 341 Meeting of Creditors* (related document(s)11) Filed by Brett Silverman on behalf of Crane Enterprises LLC. (Silverman, Brett) (Entered: 03/28/2025) |
| 03/28/2025 | 13<br>(12 pgs; 3 docs) | Application to Employ Silverman Law PLLC as Attorney *for the Debtor* filed by Brett Silverman on behalf of Crane Enterprises LLC Responses due by 4/7/2025, with presentment to be held on 4/14/2025 at 12:00 PM at Courtroom 701 (DSJ). (Attachments: # 1 Silverman Declaration # 2 Proposed Order) (Silverman, Brett) (Entered: 03/28/2025) |
| 03/28/2025 | 14<br>(2 pgs) | Certificate of Service *OF APPLICATION TO EMPLOY SILVERMAN LAW* (related document(s)13) Filed by Brett Silverman on behalf of Crane Enterprises LLC. (Silverman, Brett) (Entered: 03/28/2025) |
| 04/21/2025 | | Pending Deadlines Terminated: Resolution or Other Statement Authorizing Filing Pursuant to LR 1074-1; Affidavit Pursuant to LR 1007-2 and Corporate Ownership Statement (Rule 7007.1). (Cappiello, Karen) (Entered: 04/21/2025) |
| 04/22/2025 | 15<br>(1 pg) | Letter *Adjourning 341 Meeting to April 23, 2025 at 330 pm EST* (related document(s)2) Filed by Brett Silverman on behalf of Crane Enterprises LLC. (Silverman, Brett) (Entered: 04/22/2025) |
| 05/22/2025 | 16<br>(15 pgs) | Application to Employ Wilk Auslander LLP as Special Lit. Counsel for Debtor *Hearing to be Held, June 26, 2025 at 10:00 A.M., Ex. A-Proposed Order, Ex. B-Snyder Declaration* filed by Eric J. Snyder on behalf of Crane Enterprises LLC Responses due by 6/12/2025,. (Snyder, Eric) (Entered: 05/22/2025) |
| 06/30/2025 | 20<br>(46 pgs) | Transcript regarding Hearing Held on 6/26/2025 at 10:00 AM RE: Continued Status Conference. Remote electronic access to the transcript is restricted until 9/29/2025. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: eScribers, LLC.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 7/7/2025. Statement of Redaction Request Due By 7/21/2025. Redacted Transcript Submission Due By 7/31/2025. Transcript access will be restricted through 9/29/2025. (Ortiz, Carmen) (Entered: 07/09/2025) |
| 07/02/2025 | 17<br>(15 pgs; 2 docs) | Motion to Set Last Day to File Proofs of Claim filed by Brett Silverman on behalf of Crane Enterprises LLC. (Attachments: # 1 Exhibit A - Bar Date and Notice) (Silverman, Brett) (Entered: 07/02/2025) |
| 07/03/2025 | 18<br>(33 pgs; 5 docs) | Motion for Relief from Stay *and Waiver of Fourteen Day Stay of Order Under Rule 4001(a)(3)* filed by Douglas A. Goldstein on behalf of Daniel M Crane, Michael E Crane with hearing to be held on 7/17/2025 at 10:00 AM at Courtroom 701 (DSJ) Responses due by 7/10/2025,. (Attachments: # 1 Memorandum of Law in Support of Motion, and Exhibit 1 (proposed order) # 2 Declaration of Michael E. Crane in support of Motion # 3 Declaration of Daniel M. Crane in support of Motion # 4 Declaration of Jonathan E. Kroll, Esq. in support of Motion) (Goldstein, Douglas) (Entered: 07/03/2025) |

| | | |
|---|---|---|
| 07/03/2025 | | Receipt of Motion for Relief from Stay (fee)( 25-10405-dsj) [motion,185] ( 199.00) Filing Fee. Receipt number A17138276. Fee amount 199.00. (Re: Doc # 18) (U.S. Treasury) (Entered: 07/03/2025) |
| 07/07/2025 | 19 (12 pgs) | Order Signed on 7/7/2025 Establishing Deadline for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof. Proofs of Claim are Due by 8/31/2025. (Related Doc # 17) (Calderon, Lynda) (Entered: 07/07/2025) |
| 07/14/2025 | 21 (13 pgs) | Objection to Motion *for Relief from Stay* (related document(s)18) filed by Brett Silverman on behalf of Crane Enterprises LLC. (Silverman, Brett) (Entered: 07/14/2025) |
| 07/14/2025 | 22 (2 pgs) | Affidavit of Service *OF BAR DATE ORDER AND RELATED DOCUMENTS* (related document(s)19) Filed by Brett Silverman on behalf of Crane Enterprises LLC. (Silverman, Brett) (Entered: 07/14/2025) |
| 07/16/2025 | 23 (8 pgs) | Reply to Motion *for Relief from Automatic Stay* (related document(s)18) filed by Douglas A. Goldstein on behalf of Daniel M Crane, Michael E Crane. (Goldstein, Douglas) (Entered: 07/16/2025) |
| 07/16/2025 | 24 (5 pgs) | Affidavit of Service (related document(s)18) Filed by Douglas A. Goldstein on behalf of Daniel M Crane, Michael E Crane. (Goldstein, Douglas) (Entered: 07/16/2025) |
| 07/16/2025 | 25 (2 pgs) | Order Signed on 7/16/2025 Authorizing the Retention of Wilk Auslander LLP as Special Litigation Counsel for Debtor and Debtor In Possession. (Related Doc # 16) (Calderon, Lynda) (Entered: 07/16/2025) |
| 07/21/2025 | 26 (6 pgs) | Chapter 11 Monthly Operating Report for the Month Ending: 03/31/2025 Filed by Brett Silverman on behalf of Crane Enterprises LLC. (Silverman, Brett) (Entered: 07/21/2025) |
| 07/21/2025 | 27 (6 pgs) | Chapter 11 Monthly Operating Report for the Month Ending: 04/30/2025 Filed by Brett Silverman on behalf of Crane Enterprises LLC. (Silverman, Brett) (Entered: 07/21/2025) |
| 07/21/2025 | 28 (8 pgs) | Chapter 11 Monthly Operating Report for the Month Ending: 05/31/2025 Filed by Brett Silverman on behalf of Crane Enterprises LLC. (Silverman, Brett) (Entered: 07/21/2025) |
| 07/21/2025 | 29 (6 pgs) | Chapter 11 Monthly Operating Report for the Month Ending: 06/30/2025 Filed by Brett Silverman on behalf of Crane Enterprises LLC. (Silverman, Brett) (Entered: 07/21/2025) |
| 07/24/2025 | 30 (3 pgs) | Order Signed on 7/24/2025 Approving the Employment and Retention of Silverman Law PLLC as Bankruptcy Counsel to the Debtor. (Related Doc # 13) (Calderon, Lynda) (Entered: 07/24/2025) |
| 08/08/2025 | 31 (12 pgs) | Decision and Order Signed on 8/8/2025 Granting the Motion of Michael E. Crane and Daniel M. Crane for Relief from the Automatic Stay. (related document(s)18) (Calderon, Lynda) (Entered: 08/08/2025) |

| | | |
|---|---|---|
| 08/13/2025 | 32 (1 pg) | Notice of Adjournment of Hearing *of Case Status Conference* filed by Brian J. Hufnagel on behalf of Daniel M Crane, Michael E Crane. with hearing to be held on 8/21/2025 at 10:00 AM at Videoconference (ZoomGov) (DSJ)(Hufnagel, Brian) **Docket Text Hearing Location Modified on 8/13/2025 (Bush, Brent)** (Entered: 08/13/2025) |
| 08/14/2025 | 33 (1 pg) | Scheduling Order Signed on 8/14/2025. A Hearing Will be Held on 8/20/2025 at 10:00 a.m. via Videoconference (ZoomGov). (Calderon, Lynda) (Entered: 08/14/2025) |
| 08/14/2025 | 34 (2 pgs) | Order Signed on 8/14/2025 Granting Relief from the Automatic Stay to Permit Michael E. Crane and Daniel E. Crane to Proceed with Appeal in State Court Action. (Related Doc # 18) (Calderon, Lynda) (Entered: 08/14/2025) |
| 08/18/2025 | 35 (7 pgs) | Chapter 11 Monthly Operating Report for the Month Ending: 07/31/2025 Filed by Brett Silverman on behalf of Crane Enterprises LLC. (Silverman, Brett) (Entered: 08/18/2025) |
| 08/29/2025 | 36 (57 pgs) | Transcript regarding Hearing Held on 7/17/2025 at 3:00 PM RE: Motion for Relief from Stay and Waiver of Fourteen Day Stay of Order Under Rule 4001(a)(3). Remote electronic access to the transcript is restricted until 12/1/2025. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: eScribers, LLC.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 9/5/2025. Statement of Redaction Request Due By 9/19/2025. Redacted Transcript Submission Due By 9/29/2025. Transcript access will be restricted through 12/1/2025. (Ortiz, Carmen) (Entered: 09/03/2025) |
| 09/15/2025 | 37 (24 pgs; 5 docs) | Application to Employ Compass Greater NY LLC as Real Estate Professional *for Debtor* filed by Brett Silverman on behalf of Crane Enterprises LLC Responses due by 10/2/2025, with presentment to be held on 10/3/2025 at 12:00 PM at Courtroom 701 (DSJ). (Attachments: # 1 Application to Employ Compass # 2 Exhibit Affidavit of Disinterestedness # 3 Exhibit Exclusive Marketing and Sale Agreement # 4 Proposed Order) (Silverman, Brett) (Entered: 09/15/2025) |
| 09/15/2025 | 38 (2 pgs) | Affidavit of Service *of Application to Employ Compass Greater NY LLC* (related document(s)37) Filed by Brett Silverman on behalf of Crane Enterprises LLC. (Silverman, Brett) (Entered: 09/15/2025) |
| 09/22/2025 | 39 (1 pg) | Notice of Appearance filed by Mitchell Craig Shapiro on behalf of Daniel M Crane, Michael E Crane. (Shapiro, Mitchell) (Entered: 09/22/2025) |
| 09/22/2025 | 40 (60 pgs; 3 docs) | Motion to Dismiss Case filed by Mitchell Craig Shapiro on behalf of Daniel M Crane, Michael E Crane with hearing to be held on 10/16/2025 at 10:00 AM at Videoconference (ZoomGov) (DSJ) Responses due by 10/9/2025,. (Attachments: # 1 Pleading Declaration of Michael E. Crane, dated Sept. 22, 2025 with exhibits # 2 Pleading Declaration of Mitchell C. Shapiro, Esq., dated Sept. 22, 2025 with exhibits) (Shapiro, Mitchell) (Entered: 09/22/2025) |

| | | |
|---|---|---|
| 09/22/2025 | 41 (766 pgs) | Affidavit *Declaration of Mitchell Shapiro, dated Sept 22, 2025 with Exhibits A-KK attached, ISO MTD Bankruptcy ECF 40re-* filed by Mitchell Craig Shapiro on behalf of Daniel M Crane, Michael E Crane. (Shapiro, Mitchell) (Entered: 09/22/2025) |
| 09/25/2025 | 42 (763 pgs) | Affidavit *Declaration of Michael E. Crane, dated September 22, 2025, with all 31 exhibits attached (to sub for ECF 40-1)* (related document(s)40) Filed by Mitchell Craig Shapiro on behalf of Daniel M Crane, Michael E Crane. (Shapiro, Mitchell) (Entered: 09/25/2025) |
| 09/25/2025 | 43 (51 pgs; 3 docs) | Motion for Objection to Claim(s) Number: 3-1 *filed by Michael Crane* filed by Brett Silverman on behalf of Crane Enterprises LLC with hearing to be held on 10/23/2025 at 10:00 AM ~~at Courtroom 701 (DSJ)~~ **via Videoconference (ZoomGov)** Responses due by 10/16/2025,. (Attachments: # 1 Exhibit A - Claim # 2 Exhibit B - proposed order) (Silverman, Brett) **Modified on 10/22/2025** (Calderon, Lynda). (Entered: 09/25/2025) |
| 09/25/2025 | 44 (29 pgs; 3 docs) | Motion for Objection to Claim(s) Number: 2-1 *filed by Daniel Crane* filed by Brett Silverman on behalf of Crane Enterprises LLC with hearing to be held on 10/23/2025 at 10:00 AM ~~at Courtroom 701 (DSJ)~~ **via Videoconference (ZoomGov).** Responses due by 10/16/2025,. (Attachments: # 1 Exhibit A - Claim # 2 Exhibit B - Proposed Order) (Silverman, Brett) **Modified on 10/22/2025** (Calderon, Lynda). (Entered: 09/25/2025) |
| 09/30/2025 | 45 (1 pg) | Letter *Adjourning Motion to Dismiss to October, 23, 2025 at 10:00 am objections to be filed by October 16, 2025 and Adjourning presentment of application to employ Compass Greater NY LLC as real estate broker to October 23, 2025 at noon with objections to be filed by October 22, 2025 by 4:00 pm* (related document(s)37, 40) Filed by Brett Silverman on behalf of Crane Enterprises LLC. with hearing to be held on 10/23/2025 at 10:00 AM ~~at Courtroom 701 (DSJ)~~ **via Videoconference (ZoomGov).** (Silverman, Brett) **Modified on 10/22/2025** (Calderon, Lynda). (Entered: 09/30/2025) |
| 10/16/2025 | 46 (23 pgs; 2 docs) | Objection to Motion *to Dismiss Case filed by Michael and Daniel Crane* (related document(s)40) filed by Brett Silverman on behalf of Crane Enterprises LLC. (Attachments: # 1 Exhibit A - Judgment) (Silverman, Brett) (Entered: 10/16/2025) |
| 10/16/2025 | 47 (55 pgs; 2 docs) | Opposition *to Debtor's Objections to Claims* (related document(s)44, 43) filed by Mitchell Craig Shapiro on behalf of Daniel M Crane, Michael E Crane. (Attachments: # 1 Exhibit Exh. 1 Appellant's Brief filed 10-13-2025 in NYS Appellate Term) (Shapiro, Mitchell) (Entered: 10/16/2025) |
| 10/17/2025 | 48 (5 pgs; 2 docs) | Notice of Adjournment of Hearing (related document(s)40) filed by Mitchell Craig Shapiro on behalf of Daniel M Crane, Michael E Crane. with hearing to be held on 10/23/2025 at 10:00 AM at Videoconference (ZoomGov) (DSJ) (Attachments: # 1 Exhibit Proposed Order granting motion to dismiss bankruptcy petition)(Shapiro, Mitchell) (Entered: 10/17/2025) |
| 10/20/2025 | 49 (4 pgs) | Reply to Motion (related document(s)44, 43) filed by Brett Silverman on behalf of Crane Enterprises LLC. (Silverman, Brett) (Entered: 10/20/2025) |

| | | |
|---|---|---|
| 10/22/2025 | 50<br>(5 pgs) | Affidavit *Objection to Application to Employ Compass (Doc 47)* Filed by Mitchell Craig Shapiro on behalf of Daniel M Crane, Michael E Crane. (Shapiro, Mitchell) (Entered: 10/22/2025) |
| 10/29/2025 | 51<br>(2 pgs) | Order Signed on 10/29/2025 Granting the Debtor's Objection to Proof of Claim No. 2-1 Filed by Daniel Crane. (Related Doc # 44) (Calderon, Lynda) (Entered: 10/29/2025) |
| 10/29/2025 | 52<br>(2 pgs) | Order Signed on 10/29/2025 Granting the Debtor's Objection to Proof of Claim No. 3-1 Filed by Michael Crane. (Related Doc # 43) (Calderon, Lynda) (Entered: 10/29/2025) |
| 11/03/2025 | 53<br>(2 pgs) | Notice of Hearing *on Debtor's Application to Employ COmpass Greater NY as Real Estate Broker to the Debtor* (related document(s)37) filed by Brett Silverman on behalf of Crane Enterprises LLC. with hearing to be held on 11/20/2025 at 10:00 AM at Courtroom 701 (DSJ) (Silverman, Brett) (Entered: 11/03/2025) |
| 11/06/2025 | 54<br>(130 pgs; 4 docs) | **(Denied and Closed at District Court. See doc. No. 82)** Notice of Appeal *of Dismissal of Claims of Creditors M.Crane and D.Crane* (related document(s)52, 51) filed by Mitchell Craig Shapiro on behalf of Daniel M Crane, Michael E Crane. (Attachments: # 1 Exhibit Order 1 being appealed ECF Doc No. 51 # 2 Exhibit Order 2 appealed from ECF Doc No 52 # 3 Exhibit Transcript of 10-23-2025 hearing with oral decision read into record)(Shapiro, Mitchell)Modified on 6/10/2026 (Lopez, Mary) (Entered: 11/06/2025) |
| 11/06/2025 | | Receipt of Notice of Appeal( 25-10405-dsj) [appeal,97] ( 298.00) Filing Fee. Receipt number A17299738. Fee amount 298.00. (Re: Doc # 54) (U.S. Treasury) (Entered: 11/06/2025) |
| 11/06/2025 | 55<br>(123 pgs) | Transcript regarding Hearing Held on 10/23/2025 at 10:00 AM RE: Motion for Objection to Claim Number: 3-1..etc... Remote electronic access to the transcript is restricted until 2/4/2026. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: eScribers, LLC.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 11/13/2025. Statement of Redaction Request Due By 12/1/2025. Redacted Transcript Submission Due By 12/8/2025. Transcript access will be restricted through 2/4/2026. (Ortiz, Carmen) (Entered: 11/07/2025) |
| 11/11/2025 | 56<br>(2 pgs) | Letter (related document(s)40) Filed by Mitchell Craig Shapiro on behalf of Daniel M Crane, Michael E Crane. (Shapiro, Mitchell) (Entered: 11/11/2025) |
| 11/17/2025 | 57<br>(7 pgs; 2 docs) | Reply to Motion *in reply to opposition of Cranes to Application to Employ Compass Greater NY LLC as Broker* (related document(s)37) filed by Brett Silverman on behalf of Crane Enterprises LLC. (Attachments: # 1 Exhibit A - Declaration of Kelly Forman in Further Support) (Silverman, Brett) (Entered: 11/17/2025) |
| 11/17/2025 | 58<br>(13 pgs) | Decision and Order Signed on 11/17/2025 Denying the Motion of Michael E. Crane and Daniel M. Crane to Dismiss Debtor's Chapter 11 Case. (related document(s)40) (Calderon, Lynda) (Entered: 11/17/2025) |

| | | |
|---|---|---|
| 11/17/2025 | 59<br>(17 pgs) | **(Denied and Closed at District Court. See doc. No. 82)** Notice of Appeal *of Court's Order ECF 58 denying Cranes MTD Bankruptcy Proceeding ECF 40* (related document(s)58) filed by Mitchell Craig Shapiro on behalf of Daniel M Crane, Michael E Crane. Appellant Designation due by 12/1/2025, (Shapiro, Mitchell)Modified on 6/10/2026 (Lopez, Mary). (Entered: 11/17/2025) |
| 11/17/2025 | | Receipt of Notice of Appeal( 25-10405-dsj) [appeal,97] ( 298.00) Filing Fee. Receipt number A17310971. Fee amount 298.00. (Re: Doc # 59) (U.S. Treasury) (Entered: 11/17/2025) |
| 11/20/2025 | 60<br>(10 pgs; 2 docs) | Statement of Issues , Designation of Contents (appellant). *for appeal of dismissal of claims* (related document(s)54) filed by Mitchell Craig Shapiro on behalf of Daniel M Crane, Michael E Crane. Appellee designation due by 12/4/2025, (Attachments: # 1 Pleading Designation of Items to Be Included in the Record)(Shapiro, Mitchell) (Entered: 11/20/2025) |
| 11/21/2025 | 61<br>(12 pgs; 2 docs) | Statement of Issues *for Appeal of Denial of MTD BK Case*, Designation of Contents (appellant). *for Record on Appeal of Denial of MTD BK* (related document(s)59) filed by Mitchell Craig Shapiro on behalf of Daniel M Crane, Michael E Crane. Appellee designation due by 12/5/2025, (Attachments: # 1 Pleading Designation of Record for Appeal of Denial of MTD BK Case)(Shapiro, Mitchell) (Entered: 11/21/2025) |
| 11/25/2025 | 62<br>(2 pgs) | Civil Cover Sheet from U.S. District Court, Case Number: 25-cv-9795 (related document(s)54) (Rouzeau, Anatin). (Entered: 11/25/2025) |
| 11/25/2025 | 63<br>(2 pgs) | Civil Cover Sheet from U.S. District Court, Case Number: 25-cv-9809 (related document(s)59) (Rouzeau, Anatin). (Entered: 11/25/2025) |
| 12/04/2025 | 64<br>(2 pgs) | Order Signed on 12/4/2025 Authorizing the Debtor to Retain Compass Greater NY LLC as Real Estate Broker for the Debtor. (Related Doc # 37) (Calderon, Lynda) (Entered: 12/04/2025) |
| 01/27/2026 | 65<br>(2 pgs; 2 docs) | Notice of Transmittal of Record of Appeal. All documents have been filed with the United States District Court for the Southern District of New York. Record of Appeal is Complete and Available Electronically under Civil Case Number 25-cv-9795 and 25-cv-9809 assigned to the Honorable Denise L. Cote. Check the District Court Docket Sheet for the Briefing Schedule. (related document(s)54, 59) (Rouzeau, Anatin). (Entered: 01/27/2026) |
| 02/04/2026 | 66<br>(50 pgs) | Motion to Sell Property Free and Clear of Liens Under Section 363(f)*DEBTORS MOTION SEEKING ENTRY OF AN ORDER UNDER BANKRUPTCY CODE SECTIONS 363(a), (b), (f) AND (m) AND BANKRUPTCY RULES 2002, 6004 AND 9004: (I) AUTHORIZING THE DEBTOR TO SELL TO THE STALKING HORSE BIDDER OR TO THE HIGHEST AND BEST BIDDER AT AN AUCTION SALE THE ESTATES INTEREST IN THE PROPRIETARY LEASE AND SHARES OF STOCK IN THE COOPERATIVE APARTMENT KNOWN AS 360 SHORE ROAD, APT., 8L, LONG BEACH, NY 11561, FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES; (II) APPROVING THE STALKING HORSE CONTRACT BETWEEN THE DEBTOR AND LISA KOHAN; (III) SCHEDULING A HEARING TO APPROVE SUCH SALE TO THE HIGHEST AND BEST BIDDER, AND NOTICE THEREOF; (IV) APPROVING CERTAIN BIDDING PROCEDURES; (V) APPROVING A* |

| | | |
|---|---|---|
| | | *BREAK-UP FEE AND OVERBID PROTECTIONS FOR THE STALKING HORSE BIDDER; (VI) GRANTING THE SUCCESSFUL BIDDER FULL PROTECTIONS UNDER BANKRUPTCY CODE § 363(M); AND (VII) GRANTING SUCH FURTHER OTHER, DIFFERENT AND RELATED RELIEF* filed by Brett Silverman on behalf of Crane Enterprises LLC with hearing to be held on 2/26/2026 at 10:00 AM ~~at Courtroom 701 (DSJ)~~ **via Videoconference (ZoomGov).** Responses due by 2/19/2026,. (Silverman, Brett) **Modified on 2/5/2026** (Calderon, Lynda). (Entered: 02/04/2026) |
| 02/04/2026 | | Receipt of Motion to Sell Property Free and Clear of Liens Under Section 363(f)( 25-10405-dsj) [motion,msell] ( 199.00) Filing Fee. Receipt number A17402701. Fee amount 199.00. (Re: Doc # 66) (U.S. Treasury) (Entered: 02/04/2026) |
| 02/06/2026 | 67 (2 pgs) | Certificate of Service *OF SALE MOTION* (related document(s)66) Filed by Brett Silverman on behalf of Crane Enterprises LLC. (Silverman, Brett) (Entered: 02/06/2026) |
| 02/17/2026 | 68 (2 pgs) | Notice of Appearance filed by Seth Choset on behalf of Xander Corp. d/b/a Sea Pointe Towers. (Choset, Seth) (Entered: 02/17/2026) |
| 02/18/2026 | 69 (19 pgs; 2 docs) | Response to Motion (related document(s)66) filed by Seth Choset on behalf of Xander Corp. d/b/a Sea Pointe Towers. (Attachments: # 1 Exhibit Relevant provisions to By-Laws of Xander Corp.) (Choset, Seth) (Entered: 02/18/2026) |
| 02/18/2026 | 70 (1 pg) | Affirmation *Certificate of Service of Response to Debtor's Sale Motion to* (related document(s)66) filed by Seth Choset on behalf of Xander Corp. d/b/a Sea Pointe Towers. (Choset, Seth) (Entered: 02/18/2026) |
| 03/04/2026 | 71 (14 pgs) | Order Signed on 3/4/2026 Granting Debtors Motion Seeking Entry of an Order (I) Authorizing the Debtor to Sell to the Stalking Horse Bidder or to The Highest and Best Bidder at an Auction Sale the Estates Interest in the Proprietary Lease and Shares of Stock in the Cooperative Apartment Known As 360 Shore Road, Apt., 8L, Long Beach, NY 11561, Free and Clear of All Liens, Claims and Encumbrances; (II) Approving the Stalking Horse Contract Between the Debtor and Lisa Kohan; (III) Scheduling a Hearing to Approve Such Sale to the Highest and Best Bidder, and Notice Thereof; (IV) Approving Certain Bidding Procedures; (V) Approving a Break-Up Fee and Overbid Protections for the Stalking Horse Bidder; and (VI) Granting Such Further Other, Different and Related Relief. A Hearing Will be Held on April 9, 2026 at 10:00 a.m. via Videoconference (ZoomGov). (Related Doc # 66) (Calderon, Lynda) (Entered: 03/04/2026) |
| 03/25/2026 | 72 (3 pgs) | Notice of Withdrawal *of Auction* filed by Brett Silverman on behalf of Crane Enterprises LLC. (Silverman, Brett) (Entered: 03/25/2026) |
| 03/31/2026 | 73 (1 pg) | Notice of Adjournment of Hearing *of Sale Motion* (related document(s)66) filed by Brett Silverman on behalf of Crane Enterprises LLC. with hearing to be held on 4/14/2026 at 10:00 AM ~~at Courtroom 701 (DSJ)~~ **via Videoconference (ZoomGov)** (Silverman, Brett) **Modified on 3/31/2026** (Calderon, Lynda). (Entered: 03/31/2026) |
| 04/07/2026 | 74 (8 pgs) | Affidavit *OBJECTION AND OPPOSITION TO DEBTOR CRANE ENTERPRISES LLCS APPLICATION FOR APPROVAL OF SALE OF* |

| | | |
|---|---|---|
| | | *DEBTORS SOLE PROPERTY, THE SHARES OF STOCK AND PROPRIETARY LEASE FOR THE LONG BEACH COOPERATIVE APARTMENT* (related document(s)72, 73) Filed by Mitchell Craig Shapiro on behalf of Daniel M Crane, Michael E Crane. (Shapiro, Mitchell) (Entered: 04/07/2026) |
| 04/07/2026 | 75 (13 pgs) | **(Docketed in Wrong Case. See Adv. Case 25-1040 Doc. # 30.)** Order of U.S. District Court Judge Judge Denise L. Cote on 4/6/2026. The Defendants' August 15, 2025 appeal is denied. The Bankruptcy Court's Opinions and Orders of July 29, July 30, August 20, and August 22, 2025 are affirmed. (vfr)Modified on 4/27/2026 (Rouzeau, Anatin). (Entered: 04/07/2026) |
| 04/11/2026 | 76 (8 pgs; 3 docs) | Response *to Opposition of Daniel and Michael Crane to Sale of Debtor's Property* (related document(s)74, 66) filed by Brett Silverman on behalf of Crane Enterprises LLC. (Attachments: # 1 Declaration of Kelly Forman # 2 Declaration of Stuart Reiser) (Silverman, Brett) (Entered: 04/11/2026) |
| 04/14/2026 | 77 (20 pgs; 3 docs) | Affidavit *Supplemental Objection and Opposition to Notice of Motion and Motion to Sell Debtor Sole Property (Apartment ) and request for continuation of evidentiary hearing and stay pending appeal if denied* (related document(s)73) Filed by Mitchell Craig Shapiro on behalf of Daniel M Crane, Michael E Crane. (Attachments: # 1 Exhibit Exh 1 Yakubov email letter and check with $730k # 2 Exhibit Compass listing of property with no mention of bidding deadlines)(Shapiro, Mitchell) (Entered: 04/14/2026) |
| 04/16/2026 | 78 (7 pgs) | Order Signed on 4/16/2026 (I) Authorizing the Debtor to Sell to the Stalking Horse Bidder or to The Highest and Best Bidder at an Auction Sale the Estate's Interest in the Proprietary Lease and Shares of Stock in the Cooperative Apartment Known As 360 Shore Road, Apt., 8L, Long Beach, NY 11561, Free and Clear of All Liens, Claims and Encumbrances; (II) Granting the Successful Bidder Full Protections Under Bankruptcy Code Section 363(M); and (III) Granting Such Other and Related Relief. . (related document(s)71) (Calderon, Lynda) (Entered: 04/16/2026) |
| 04/30/2026 | 79 (10 pgs) | Notice of Appeal *of Order entered 04162026 (ECF#78) granting Debtor Motion to sell its sole property and authorizing sale* (related document(s)78) filed by Mitchell Craig Shapiro on behalf of Daniel M Crane, Michael E Crane. Appellant Designation due by 5/15/2026, (Shapiro, Mitchell) (Entered: 04/30/2026) |
| 05/04/2026 | | Receipt of Notice of Appeal( 25-10405-dsj) [appeal,97] ( 298.00) Filing Fee. Receipt number A17514543. Fee amount 298.00. (Re: Doc # 79) (U.S. Treasury) (Entered: 05/04/2026) |
| 05/13/2026 | 80 (2 pgs) | Civil Cover Sheet from U.S. District Court, Case Number: 26-cv-03960. (related document(s)79) (Lopez, Mary). (Entered: 05/13/2026) |
| 05/18/2026 | 81 (4 pgs) | Designation of Contents (appellant). *for appeal (noticed ECF#79) of Order (ECF#78) granting Debtor's motion seeking authorization and approval to sell Debtor's sole property, the Apartment, to sole bidder, the "stalking horse bidder"* filed by Mitchell Craig Shapiro on behalf of Daniel M Crane, Michael E Crane. (Shapiro, Mitchell) (Entered: 05/18/2026) |

| | | |
|---|---|---|
| 05/19/2026 | 82 (11 pgs) | Order of U.S. District Court Judge signed on 5/18/2026 Re: Doc # 20 in 25cv9795 and 25cv9809. OPINION AND ORDER: The Cranes' November 6 and 17, 2025 appeals are denied. The Bankruptcy Court's Orders of October 29, 2025 are affirmed. The appeal from the Bankruptcy Court's November 17, 2025 Order is dismissed for lack of jurisdiction. (Signed by Judge Denise L. Cote on 5/18/2026) (ar) (Entered: 05/19/2026) |
| 05/26/2026 | 83 (2 pgs; 2 docs) | Notice of Transmittal of Record of Appeal. All documents have been filed with the United States District Court for the Southern District of New York. Record of Appeal is Complete and Available Electronically under Civil Case Number 26-cv-3960 assigned to the Honorable Denise L. Cote. Check the District Court Docket Sheet for the Briefing Schedule. (related document(s)79) (Rouzeau, Anatin). (Entered: 05/26/2026) |
| 05/26/2026 | 84 | Transcript regarding Hearing Held on February 26, 2026 RE: Motion Filed by the Debtor Seeking Entry of an Order (I) Authorizing the Debtor to Sell to the Stalking Horse Bidder or to the Highest and Best Bidder at an Auction Sale the Estate's Interest in the Proprietary Lease and Shares of Stock in the Cooperative Apartment Known as 360 Shore Road, Apt. 8l, Long Beach, NY 11561, Free and Clear of all Liens, Claims and Encumbrances; (II) Approving the Stalking Horse Contract Between the Debtor and Lisa Kohan; (III) Scheduling a Hearing to Approve Such Sale to the Highest and Best Bidder, and Notice Thereof; (IV) Approving Certain Bidding Procedures; (V) Approving a BreakUp Fee and Overbid Protections for the Stalking Horse Bidder; (VI) Granting the Successful Bidder Full Protections Under Bankruptcy Code 363(m); And (VII) Granting Such Further Other Different and Related Relief. Remote electronic access to the transcript is restricted until 8/24/2026. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: eScribers, LLC.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 6/2/2026. Statement of Redaction Request Due By 6/16/2026. Redacted Transcript Submission Due By 6/26/2026. Transcript access will be restricted through 8/24/2026. (Braithwaite, Kenishia) (Entered: 06/01/2026) |
| 05/26/2026 | 85 | Transcript regarding Hearing Held on April 14, 2026 at 10:54 AM RE: Sale Hearing. Remote electronic access to the transcript is restricted until 8/24/2026. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: eScribers, LLC.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 6/2/2026. Statement of Redaction Request Due By 6/16/2026. Redacted Transcript Submission Due By 6/26/2026. Transcript access will be restricted through 8/24/2026. (Braithwaite, Kenishia) (Entered: 06/01/2026) |
| 06/01/2026 | 86 (2 pgs) | Statement of Issues (related document(s)81, 79) filed by Mitchell Craig Shapiro on behalf of Daniel M Crane, Michael E Crane. (Shapiro, Mitchell) (Entered: 06/01/2026) |